UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Darrell Morphew, Individually and
as Representative of the Estate of
Lisa Michelle Morphew, and Patricia
Morphew

Vs.                                                                                   No._____

Dr. James Urbina, M.D.,
Dr. Christopher Lux, M.D.,
and Sisters of Charity of the Incarnate
Word, doing business as Christus St Michael
Healthcare System

## ORIGINAL COMPLAINT

COMES NOW, Darrell Morphew individually and as next friend of Lisa Michelle Morphew, and Patricia Morphew complaining of Dr. James Urbina, Dr. Christopher Lux and Sisters of Charity of the Incarnate Word, d/b/a Christus St. Michael Hospital and would show the Court the following:

**I.**

1. Plaintiff Lisa Michelle Morphew was a resident of the State of Arkansas at the time of her death. Additionally, she died in the State of Arkansas.

2. Defendant Dr. James Urbina is a resident of the State of Texas and may be served with process by serving him at his office, 2600 St. Michael Drive, Texarkana, Texas 75503.

3. Dr. Christopher is a resident of the State of Texas and may be served with process by serving him at his office, 2600 St. Michael Drive, Texarkana, Texas 75503.

4. Sisters of Charity of the Incarnate Word, d/b/a Christus St. Michael Health Care System may be served by serving its administrator at his office, 2600 St. Michael Drive, Texarkana, Texas 75503.

**II.**

This Court has jurisdiction over this claim based on a complete diversity of citizenship and the amount in controversy being greater than $75,000.00.

Venue is proper because all of the negligent medical treatment being the subject of this suit occurred in Texarkana, Bowie County, Texas which is within the Eastern District of Texas.

**III.**

Defendants Drs. Urbina and Lux negligently treated Lisa Morphew on May 23-26, 2010 that caused severe injuries and ultimately caused her death. Defendants rendered medical treatment that was below the standard of care and this treatment was a proximate cause of the injuries sustained by Plaintiff. Lisa Morphew presented with signs of a pending stroke. The treatment she received from each of the Defendants was below the standard of care that proximately caused the injuries and death of Lisa Morphew.

Defendant Urbina was negligent in the following manners:

1. Failing to treat a deteriorating Lisa Morphew with stroke symptoms;
2. Failing to recognize the urgent status of Lisa Morphew;
3. Failing to timely consult neurosurgical intervention;
4. Failing to timely assess Lisa Morphew;

Defendant Christus St. Michael was negligent in the following manners:

1. Its nurses failed to recognize the serious condition of Lisa Morphew and did not get Lisa Morphew assessed by appropriate specialist or follow the chain of command to insure that the proper consult was made by the attending physicians.

Each of these constitutes a deviation of the standard of care and was a proximate cause of the injures and damages sustained by Plaintiffs.

**IV.**

Plaintiff Lisa Morphew was damaged in the past because of the negligent actions of Defendants which include the following damages:

  a. Pain and suffering;

  b. Mental anguish;

  c. Medical expenses;

Darrell and Patricia Morphew are entitled to recover damages based on the Texas Wrongful Death Act and sustained damages as follows:

  d. Loss of comfort and joy that a parent has in their children

  e. Mental anguish

  f. Emotional injuries

  g. Love, companionship, support that a parent received from their children.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray for judgment against the Defendants, jointly and severally, for the following:

  a. Damages as set forth above;

  b. Prejudgment and post judgment interest;

  c. Attorneys fees;

  d. Court costs; and

  e. Any other relief, legal or equitable, to which Plaintiffs are entitled.

Respectfully Submitted,

/s/ Ernest L. Cochran
Ernest Cochran
State Bar No. 04451600

**COCHRAN & GOLDEN**, L.L.P.
723 Main Street
Texarkana, Texas 75501
(903) 791-0439
Facsimile  (903) 792-5073

ATTORNEYS FOR PLAINTIFF