**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **DARRELL MORPHEW, Individually and as Representative of the Estate of Lisa Michelle Morphew, and PATRICIA MORPHEW** § § § § § § § § § § § § § § § § | | |
| Plaintiffs | | |
| V. | § | No. 5:11CV13 |
| **DR. JAMES URBINA, M.D., DR. CHRISTOPHER LUX, M.D., AND SISTERS OF CHARITY OF THE INCARNATE WORD d/b/a CHRISTUS ST. MICHAEL HEALTHCARE SYSTEM** | | |
| Defendants | | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendants Dr. James Urbina, M.D.'s and Dr. Christopher Lux, M.D.'s Motion to Dismiss Under Federal Rule 12(b)(1) (Dkt. No. 21) is **DENIED**.

**SIGNED this 2nd day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE