IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **DARRELL MORPHEW, Individually** § <br> **and as Representative of the Estate of** § <br> **Lisa Michelle Morphew, and PATRICIA** § <br> **MORPHEW** § <br>      **Plaintiffs** § <br> § <br> V. § <br> § <br> **DR. JAMES URBINA, M.D., DR.** § <br> **CHRISTOPHER LUX, M.D., AND** § <br> **SISTERS OF CHARITY OF THE** § <br> **INCARNATE WORD d/b/a CHRISTUS** § <br> **ST. MICHAEL HEALTHCARE** § <br> **SYSTEM** § <br>      **Defendants** § | | No. **5:11CV13** |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby

**ORDERED** that Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System's Motion for Partial Summary Judgment (Dkt. No. 42) is **GRANTED**.  It is further

**ORDERED** that Plaintiffs' claims against CHRISTUS in Section V of their Second

Amended Complaint are **DISMISSED**.

  **It is SO ORDERED.**

  **SIGNED this 13th day of June, 2012.**

           _____
           MICHAEL H. SCHNEIDER
           UNITED STATES DISTRICT JUDGE