IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DARREL MORPHEW, Individually and § <br> as Representative of the Estate of LISA § <br> MICHELLE MORPHEW, and § <br> PATRICIA MORPHEW § <br>     Plaintiffs § <br> § <br> V. § <br> § <br> CHRISTUS HEALTH ARK-LA-TEX § <br> d/b/a CHRISTUS ST. MICHAEL § <br> HEALTH SYSTEM § <br>     Defendant § | No.  5:11CV13 |

## FINAL JUDGMENT

In accordance with the Court's Order granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 11th day of October, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE